The People of the State of New York, Respondent, 
against
Zabedul Kader, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Ann E. Scherzer, J.), rendered August 23, 2017, after a nonjury trial, convicting him of sexual abuse in the third degree and attempted forcible touching, and imposing sentence.




Per Curiam.
Judgment of conviction (Ann E. Scherzer, J.), rendered August 23, 2017, affirmed. 
The verdict convicting defendant of third degree sexual abuse (see Penal Law § 130.55) and attempted forcible touching (see Penal Law §§ 110.00/130.52[1]) was supported by legally sufficient evidence and was not against the weight of the evidence (see People v Danielson, 9 NY3d 342 [2007]). There is no basis for disturbing the court's determination concerning credibility. The testimony of the thirteen year-old victim and her mother established that defendant positioned himself between the victim's legs while she was sitting on a subway bench waiting for a train, that he extended his hand to within inches of the victim's breasts, and that he "grabbed" her buttocks while the mother pulled her daughter away from the defendant. The court could rationally infer that defendant's conduct was for the purpose of sexual gratification as defined by Penal Law 130.00(3) (see People v Wagner, 72 AD3d 1196, 1197 [2010], lv denied 15 NY3d 779 [2010])and was not inadvertent (see People v Nazim, 55 Misc 3d 129[A], 2017 NY Slip Op 50379[U] [App Term, 1st Dept 2017], lv denied 29 NY3d 1084 [2017]; People v Jackson, 32 Misc 3d 132[A], 2011 NY Slip Op 51336[U][App Term, 1st Dept 2011], lv denied 17 NY3d 953 [2011]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: January 25, 2019